**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND**
(Southern Division)

| | | |
|---|---|---|
| **MICHELLE BYERS** | * | |
| **7 Marshall Road** | | |
| **Waldorf, Maryland 20602** | * | |
| | | |
| Plaintiff | * | |
| | | |
| v. | * | Case No. 8:22-cv-02386-PJM |
| | | |
| **PV HOLDING CORP.** | * | |
| **100 W. Tenth Street, Room 1200** | | |
| **Wilmington, Delaware 19801** | * | |
| **(Owner of the vehicle)** | | |
| | * | |
| **SERVE:** | | |
| **CSC-Lawyers Incorporating Service Company** | * | |
| **7 St. Paul Street, Suite 820** | | |
| **Baltimore, Maryland 21202** | * | |
| | | |
| **And** | * | |
| | | |
| **AVIS BUDGET GROUP, INC.** | * | |
| **100 W. Tenth Street, Room 1200** | | |
| **Wilmington, Delaware 19801** | * | |
| **(Parent company of PV Holding Corp.)** | | |
| | * | |
| **SERVE:** | | |
| **CSC-Lawyers Incorporating Service Company** | * | |
| **7 St. Paul Street, Suite 820** | | |
| **Baltimore, Maryland 21202** | * | |
| | | |
| **And** | * | |
| | | |
| **AVIS BUDGET GROUP, INC.** | * | |
| **6 Sylvan Way, Suite 1,** | | |
| **Parsippany, New Jersey, 07054-3826** | * | |
| **(Parent company of PV Holding Corp.)** | | |
| | * | |
| **SERVE:** | | |
| **Corporation Service Company, Registered Agent** | * | |
| **251 Little Falls Drive, Wilmington** | | |
| **New Castle, Delaware** | * | |

TROLLINGER LAW, LLC
11705 Berry Rd, Suite 201
Waldorf, Maryland 20603
301-965-8500

1

|  |  |
|---|---|
| And | * |
| AVIS BUDGET CAR RENTAL, LLC<br>2711 Centerville Road<br>Wilmington, Delaware 19808 | *<br><br>* |
| SERVE:<br>CSC-Lawyers Incorporating Service Company<br>7 St. Paul Street, Suite 820<br>Baltimore, Maryland 21202 | *<br><br>* |
|  | * |
| And | * |
|  | * |
| STEVEN A. MEYERS<br>43A Jackson Street<br>Essex Junction, Vermont 05452<br>(Driver of the vehicle) | *<br><br>*<br>* |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### LINE TO ISSUE SUMMONS

Clerk of the Court:

    Please issue a summons for the Defendant,

**STEVEN A. MEYERS**
**43A Jackson Street**
**Essex Junction, Vermont 05452**

and return to the undersigned for service of process.

                              Respectfully Submitted,

                              TROLLINGER LAW, LLC

*/s/ Matthew D. Trollinger*
_____
Matthew D. Trollinger, Esquire
Bar No. 21255
11705 Berry Road, Suite 201
Waldorf, MD  20603
(301) 965-8500/ (301) 965-8800 fax
matt@trollingerlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of October, 2022, a copy of the Line to Issue Summons was sent electronically via email to:

Peter J. Basile, Esquire
100 S. Charles Street, Suite 1401
Baltimore, MD 21201
pbasile@fsb-law.com

and that I will retain the original documents in my possession, without alteration, until after the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been decided.

                                                  Trollinger Law, LLC

                                                  */s/ Matthew D. Trollinger*
                                                  _____
                                                  Matthew D. Trollinger, Esquire
                                                  11705 Berry Road, Suite 201
                                                  Waldorf, MD  20603
                                                  (301) 965-8500
                                                  Bar No. 21255
                                                  matt@trollingerlaw.com
                                                  Attorney for Plaintiff